**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 472 MAL 2014
:
             Respondent : Petition for Allowance of Appeal from the
: Order of the Superior Court
:
         v. :
:
:
:
RICHARD ALLEN RATUSHNY, :
:
             Petitioner :

## ORDER

**PER CURIAM**

    **AND NOW**, this 25th day of November, 2014, the Petition for Allowance of Appeal is **DENIED**.